```
 1 │ KEVIN V. RYAN (CSBN 118321)
   │ United States Attorney
 2 │
   │ MARK L. KROTOSKI (CSBN 138549)
 3 │ Chief, Criminal Division
   │
 4 │ TRACIE L. BROWN (CSBN 184339)
   │ Assistant United States Attorney
 5 │
   │     450 Golden Gate Avenue, Box 36055
 6 │     San Francisco, CA 94102
   │     Telephone: (415) 436-6917
 7 │     Facsimile:  (415) 436-7234
   │
 8 │ Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-708 VRW |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER RE CRIMINAL HISTORY ANALYSIS BY THE U.S. PROBATION OFFICE |
| v. | ) |
| BRIAN D. HILL, | ) |
| Defendant. | ) |

The parties appeared before the Court on November 21, 2006.  The parties informed the Court that they are in the midst of plea negotiations, which would be aided by analysis of the Defendant's Criminal History Category.  The parties are next to appear on January 9, 2007.

In order to facilitate those plea negotiations, the Court enters this Order requiring the Probation Office to provide counsel for the government and the Defendant a pre-plea analysis of the Defendant's criminal history <u>only</u>, by January 2, 2007.

IT IS SO ORDERED.

DATED:___11/27/06_____

_____
THE HONORABLE VAUGHN R. WALKER
Chief United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]*

ORDER RE CRIM. HIST. ANALYSIS
CR 06-708 VRW