E-Filing

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6917
7      Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
13  UNITED STATES OF AMERICA,        )   No. CR 06-708 VRW
                                     )
14       Plaintiff,                  )   [PROPOSED] ORDER AND STIPULATION
                                     )   EXCLUDING TIME FROM NOVEMBER
15  v.                               )   21, 2006 TO JANUARY 9, 2007  FROM
                                     )   THE SPEEDY TRIAL ACT CALCULATION
16  BRIAN D. HILL,                   )   (18 U.S.C. § 3161(h)(8)(A))
                                     )
17       Defendant.                  )
                                     )
18  _____)

19       The parties appeared before the Court on November 21, 2006.  The Court enters this order
20  scheduling a further status on January 9, 2007, at 10:30 a.m., and documenting the exclusion of
21  time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from November 21, 2006 to January
22  9, 2007.  The parties agreed, and the Court found and held, as follows:
23       1.  The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant
24  the requested continuance would unreasonably deny defense counsel reasonable time necessary
25  for effective preparation, taking into account the exercise of due diligence, the need for defense
26  counsel to review recently-produced discovery with his client, and the need for the parties to
27  discuss resolution of this case.  Failure to grant the requested continuance would also deny the
28  defendant continuity of counsel.

STIPULATION AND ORDER
CR 06-708 VRW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 21, 2006 to January 9, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 21, 2006 to January 9, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court enters this order scheduling a further status on January 9, 2007, at 10:30 a.m. At that hearing, it is expected the parties will set dates for trial, motions, or change of plea.

IT IS SO STIPULATED.

DATED: ___11/22/06___  
/s/  
TRACIE L. BROWN  
Assistant United States Attorney

DATED: ___11/27/06___  
/s/  
STEVEN G. KALAR  
Attorney for Brian Hill

IT IS SO ORDERED.

DATED: NOV 2 8 2006

THE HON. VAUGHN R. WALKER  
Chief United States District Judge

STIPULATION AND ORDER  
CR 06-708 VRW                    2