```
1  BARRY J. PORTMAN
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  450 Golden Gate Avenue, 19th Floor
   San Francisco, CA 94102
4  Telephone: (415) 436-7700
   Counsel for Defendant HILL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 06-00708 VRW |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING |
| vs. | ) SENTENCE REDUCTION UNDER |
|  | ) U.S.S.G. AMENDMENT 706 (AS |
| BRIAN HILL, | ) AMENDED BY 711) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties acting through their respective counsel, that:

1. Defendant's original guideline calculation was as follows:

   Total Offense Level: 25

   Criminal History Category: III

   Guideline Range: 70-87

   Mandatory Minimum: 60 months

2. Defendant was sentenced to 70 months imprisonment on March 27, 2007.

3. Defendant's current projected release date is December 10, 2011.

4. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. §

Stip and Proposed Order Reducing Sentence        1

1  3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission
2  Guidelines Manual.
3  5.   Defendant's revised guideline calculation is as follows:
4       Total Offense Level:  23
5       Criminal History Category:   III
6       Guideline Range:      57-71
7  6.   The parties have no reason to dispute the Reduction of Sentence Report submitted to the
8       Court by the probation office.
9  7.   Based upon the foregoing, the parties hereby stipulate that a sentence of 60 months is
10      appropriate in this matter.
11 8.   The parties further stipulate that all other aspects of the original judgment order including
12      the length of term of supervised release, all conditions of supervision, fines, restitution,
13      and special assessment remain as previously imposed.
14 9.   Defendant stipulates that he waives and does not request a hearing in this matter pursuant
15      to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220
16      (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472
17      F.3d 1167 (9th Cir. 2007).
18 10.  Defendant waives his right to appeal the district court's sentence.
19 11.  Accordingly, the parties agree and stipulate that an amended judgement may be entered
20      by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and
21      USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission*
22      *Guidelines Manual.*
23 ///
24 ///
25 ///
26 ///

IT IS SO STIPULATED:

Date: October 24, 2008

/s/
_____
Rita Bosworth
Assistant Federal Public Defender
Counsel for Brian Hill

Date: October 24, 2008

/s/
_____
Tracie L. Brown
Assistant United States Attorney

## ORDER

Based on the above stipulation, the Court hereby **ORDERS** that:

1. In light of the parties joint stipulation, the Court is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2);

2. **The original Judgment in the above-captioned case is AMENDED to impose a term of imprisonment of 60 months.** All other aspects of the original judgment, including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

3. Defendant's original guideline calculation was as follows:

   Total Offense Level: 25

   Criminal History Category: III

   Guideline Range: 70-87

   Mandatory Minimum: 60 months

   Sentence Imposed: 70 months

4. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission Guidelines Manual;

5. Defendant's revised guideline calculation is as follows:

   Total Offense Level: 23

   Criminal History Category: III

   Guideline Range: 57-71

6. Defendant has waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).

7. Defendant has waived his right to appeal the sentenced imposed by this Order.

Date: 11/4/08

Honorable Vaugn R. Walker
Chief United States District Court Judge